UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENIUS SPORTS LTD.,<br><br>                      Petitioner,<br><br>      v.<br><br>DRAFTKINGS INC.,<br><br>                      Respondent. | Civil Action No. 1:25-mc-91403<br><br>Hon. Myon J. Juon |

**MOTION FOR LEAVE TO FILE UNDER SEAL
PORTIONS OF DRAFTKINGS' OPPOSITION TO GENIUS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND TESTIMONY, DECLARATION OF SOPHIA A.
HANSELL, AND EXHIBITS**

      DraftKings Inc. ("DraftKings") hereby respectfully moves for leave to file portions of its Opposition to Genius' Motion to Compel Production of Documents and Testimony (the "Opposition"), portions of the declaration of Sophia A. Hansell supporting the Opposition (the "Declaration"), and certain exhibits (the "Exhibits") under seal, pursuant to Federal Rule of Civil Procedure 26(b)(5)(B).

      In support of this motion, DraftKings states as follows:

      1.      On September 5, 2025, DraftKings will file the Opposition, Declaration and Exhibits upon approval of this motion. The highlighted portions of the Opposition, the Declaration, and Exhibits 8, 12, 13, 15, and 16 discuss or reflect certain documents and/or information that have been designated Confidential and/or Restricted – Attorney's Eyes Only pursuant to the Protective Order in *Sportscastr Inc. v. Sportradar Group, AG, et al.*, Case No. 2:23-CV-472-JRG (E.D. Tex.).

2. Upon approval of this motion, DraftKings also will file a public record version of the Opposition, Declaration, and Exhibits with references to the information and Exhibits designated Confidential and/or Restricted either redacted or withheld entirely and replaced with a slip-sheet. The under-seal versions include highlights over the text that will be redacted from the public copies.

WHEREFORE, DraftKings respectfully requests the Court enter an order granting it leave to file portions of the Opposition, Declaration, and Exhibits under seal.

| | |
|---|---|
| Dated: September 5, 2025 | GIBSON, DUNN & CRUTCHER LLP |
| | */s/ Deena B. Klaber*<br>Deena B. Klaber (BBO # 678484)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415.393.8217<br>Email: DKlaber@gibsondunn.com |
| | */s/ Sophia A. Hansell*<br>Sophia A. Hansell<br>Melanie L. Katsur<br>Jenna Raspanti<br>*Pro Hac Vice Applications Forthcoming*<br>1700 M Street, NW<br>Washington, DC 20036<br>Tel: 202.955-8500<br>Email: SHansell@gibsondunn.com<br>Email: MKatsur@gibsondunn.com<br>Email: JRaspant@gibsondunn.com |
| | *Attorneys for Respondent DraftKings, Inc.* |

**CERTIFICATE OF SERVICE**

    I, Deena B. Klaber, an attorney, certify that on September 5, 2025, I caused DraftKings' Motion for Leave to File Under Seal Portions of DraftKings's Opposition to Genius' Motion to Compel Production of Documents and Testimony, Declaration of Sophia A. Hansell, and Exhibits to be served on all counsel of record listed via the Court's ECF system.

                                                     /s/ *Deena B. Klaber*
                                                      Deena B. Klaber