# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENIUS SPORTS LTD., <br><br> *Petitioner*, <br><br> v. <br><br> DRAFTKINGS INC., <br><br> *Respondent*. | Civil Action No. 1:25-mc-91403 |

### ASSENTED TO MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5(b), Stephen D. Riden, a member of the bar of this Court and attorney for Petitioner Genius Sports Ltd. ("Genius"), moves to admit attorney Guy Ruttenberg to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the following:

(1) The Affidavit of Guy Ruttenberg (filed herewith as Exhibit 1) which states that he is:

   (a) a member in good standing of the State Bar of California, and in every jurisdiction in which he is admitted to practice;

   (b) not currently the subject of any disciplinary proceedings as a member of any bar; and

   (c) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, the movant states that counsel for Respondent DraftKings Inc. has assented to this motion.

**WHEREFORE,** movant Stephen D. Riden, counsel for Genius, requests that the Court grant this motion to admit attorney Guy Ruttenberg *pro hac vice*.

1

Dated: September 8, 2025                                      Respectfully submitted,

*Counsel for Genius Sports Ltd.*

/s/ *Stephen Riden*
Stephen Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
sriden@beckreed.com

Guy Ruttenberg
*Pro Hac Vice Application Pending*
California State Bar No. 207937
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
guy@ruttenbergiplaw.com

## LOCAL RULE 7.1 CERTIFICATION

I, Stephen D. Riden, certify that counsel for Respondent assented to this motion on September 6, 2025.

## CERTIFICATE OF SERVICE

I, Stephen D. Riden, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2025.

September 8, 2025                                             Respectfully submitted,

                                                              /s/ *Stephen D. Riden*