UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENIUS SPORTS LTD.,

    *Petitioner*,

v.

DRAFTKINGS INC.,

    *Respondent*.

Civil Action No. 1:25-mc-91403

**AFFIDAVIT OF GUY RUTTENBERG IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, **Guy Ruttenberg**, hereby depose and state as follows:

1.    I am licensed and admitted to practice in the State of California, – Bar Number 207937.  I am a member in good standing of the State Bar of California, and in every jurisdiction in which I am admitted to practice.

2.    There are no disciplinary actions pending against me as a member of the bar in any jurisdiction.

3.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I am an attorney at Ruttenberg IP Law, A Professional Corporation, and am representing Plaintiff Genius Sports Ltd. as counsel in the above-captioned action.  My address is 1801 Century Park East, Suite 1920, Los Angeles, CA 90067.  My telephone number is (310) 627-2270.

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, this 29 day of August, 2025.

                                                */s/ Guy Ruttenberg*
                                    Guy Ruttenberg (CA STATE Bar No. 207937)