# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENIUS SPORTS LTD., <br><br> Petitioner, <br><br> v. <br><br> DRAFTKINGS, INC. <br><br> Respondent. | Civil Action No. 1:25-mc-91403-MJJ |

### SUPPLEMENTAL DECLARATION OF GUY RUTTENBERG IN SUPPORT OF GENIUS' REPLY IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DRAFTKINGS' COMPLIANCE WITH SUBPOENA

I, Guy Ruttenberg, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am also admitted *pro hac vice* in the Eastern District of Texas as counsel for Petitioner Genius Sports Ltd. (Genius) in the litigation brought by Plaintiff *Sportscastr Inc. d/b/a Panda Interactive* ("PANDA"). That litigation is styled *SportsCastr Inc. v. Sportradar Group, AG* (E.D. Tex.). I am a Principal at the law firm of Ruttenberg IP Law, A Professional Corporation. If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Ruttenberg IP Law, A Professional Corporation, in the regular course of its representation of Genius. I submit this declaration in support of Genius' Reply in Further Support of its Motion to Compel.

2. I previously submitted a declaration in support of Genius' Motion (Dkt. 3). This supplemental declaration references terms that are defined in my prior declaration.

3. On May 8, 2025, I contacted counsel for DraftKings, Inc. ("DraftKings") via telephone. I informed DraftKings' counsel that Genius does not seek to further burden DraftKings by serving its own cross-subpoenas unless and until DraftKings complies (or is ordered to comply)

1

with PANDA's subpoenas. DraftKings' counsel informed me that DraftKings has no intent to produce any documents or to provide a witness for a 30(b)(6) deposition. I therefore requested that DraftKings' counsel include Genius on all correspondences between DraftKings and PANDA regarding PANDA's subpoenas and I provided my e-mail address. DraftKings' counsel agreed. I referenced this discussion in paragraph 7 of my prior declaration.

4. On August 21, 2025, DraftKings' counsel copied me correspondence relating to fees allegedly incurred in connection with this case. Attached here as **Exhibit A** is a true and correct copy of letter, which I have redacted for confidentiality concerns.

5. As of August 21, 2025, DraftKings had produced over 3,000 documents in response to PANDA's document subpoena. As of August 21, 2025, DraftKings had produced zero documents in response to Genius and Sportradar's respective subpoenas.

6. On August 22, 2025, DraftKings produced 177 documents in response to Genius' subpoena. To date, DraftKings has produced thousands more documents than any other third party subpoenaed by PANDA in connection with its antitrust claims.

7. After Genius filed its Motion to Compel and had time to review DraftKings production, Genius and DraftKings had a meet and confer conference on September 5, 2025. As a compromise, I offered to narrows Genius' document request to only documents responsive to Topic 3 in Genius document subpoena (Dkt. 3-1 at 5) and only those communications with PANDA (including between their respective business personnel, in-house counsel and outside counsel) regarding the litigation (including regarding the subpoenas) since August 2024. Attached hereto as **Exhibit B** is a true and correct copy of September 5, 2025 e-mail I sent to DraftKings counsel.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, September 8, 2025, in Los Angeles, California.

Respectfully submitted,

/s/ *Guy Ruttenberg*
Guy Ruttenberg
California State Bar No. 207937
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
guy@ruttenbergiplaw.com
**Counsel for Genius Sports Ltd.**

3