# Exhibit B

## TO BE FILED UNDER SEAL SUBJECT TO ORDER ON PETITIONER'S PENDING MOTION TO SEAL